Joseph FREEDMAN, Appellant, v. J. W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 8954.

Circuit Court of Appeals, Fifth Circuit.

Feb. 2, 1939.

No appearance was entered on behalf of appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment dismissing a writ of habeas corpus and remanding appellant to the custody of the warden of the Federal penitentiary at Atlanta, Georgia. The record presents no reversible error.

Affirmed.